UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
EDWARD ROYCROFT, individually and on
behalf of those similarly situated,
                     Plaintiff,

    -against-                                    18 **CIVIL** 5481 (AKH)

## JUDGMENT

METLIFE, INC., and METROPOLITAN LIFE
INSURANCE COMPANY,
                     Defendants.
---------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 14, 2018, plaintiff fails to state a claim against either MLIC or MetLife, Inc.; Defendants' motion to dismiss is granted and judgment is entered for defendants; accordingly, the case is closed.

**Dated:** New York, New York
          January 17, 2019

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                                      **BY:**
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/17/2019